Argued and submitted February 11, remanded for reconsideration July 7, 1999

In the Matter of the Compensation of
Alfonso Carranza-Romero, Claimant.

## SAIF CORPORATION
and Hazel Dell Orchards,
*Petitioners,*

*v.*

## Alfonso CARRANZA-ROMERO,
*Respondent.*

(WCB 97-05388; CA A101469)

987 P2d 529

David L. Runner argued the cause and filed the brief for petitioners.

Bruce D. Smith argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

---

* Deits, C. J., *vice* Warren, P. J., retired.

## PER CURIAM

Employer seeks review of a Workers' Compensation Board order that affirmed an award of temporary disability compensation. The Board relied on its decision in *Kenneth P. Bundy*, 48 Van Natta 2501 (1996), which we subsequently reversed. *Fred Meyer, Inc. v. Bundy*, 159 Or App 44, 978 P2d 385 (1999). Whether our decision in *Bundy* will affect the determination of claimant's entitlement to temporary disability compensation is not apparent from the record before us. Consequently, we remand to the Board for reconsideration in light of our decision in *Bundy*.

Remanded for reconsideration.